IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

**CYNTHIA EASLEY and TERRY EASLEY**                                                                 **PLAINTIFFS**

**Vs.**                               **Case No. 6:21-CV-06125-SOH**

**TERESA HOWELL in her official
capacity as PROSECUTING ATTORNEY
FOR HOT SPRINGS COUNTY, and
MIKE CASH in his official capacity as
HOT SPRINGS COUNTY SHERIFF**                                                                       **DEFENDANTS**

## DEFENDANTS' BRIEF IN SUPPORT OF
## THEIR JOINT MOTION TO STAY DEADLINES

### I.   INTRODUCTION

Plaintiffs, Cynthia and Terry Easley, bring this lawsuit against Defendant Teresa Howell as a result of proceedings being initiated against them under Ark. Code Ann. § 18-16-101 for their willful failure to vacate. Separate Defendant Sheriff Mike Cash filed a Motion to Dismiss (Doc. No. 13) and Brief in Support (Doc. No. 14) on November 8, 2021. On November 10, 2021, Separate Defendant Howell filed a Motion to Dismiss and a Brief in Support, arguing that Plaintiffs failed to state a claim against them for numerous reasons, *inter alia*, mootness, sovereign immunity, and failure to state a claim under Fed. R. Civ. P. 12(b)(6). Doc. No. 15-16. On November 19, 2021, Plaintiffs filed a Response in Opposition to Defendant Howell's and Defendant Cash's Motions to Dismiss. Doc. No. 19. Separate Defendant Howell filed her Reply on December 3, 2021. Doc. No. 20. Similarly, on December 10, 2021, Separate Defendant Cash filed his Reply. Doc. No. 25. This Court has not yet issued a decision on either of the Defendants' motions to dismiss. Accordingly, Defendants, Howell and Cash, jointly and respectfully request that this Court stay all pending deadlines until it has ruled on the pending motions to dismiss.

## II. DISCUSSION

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, district courts have broad authority to stay discovery. *See Ballard v. Heineman*, 548 F.3d 1132, 1137 (8th Cir. 2008). Each Defendant has filed a dispositive motion demonstrating that they are entitled to judgment on the claims contained in Plaintiffs' Complaint. Consequently, it would be a waste of the time and resources of both the Defendants and the Plaintiffs to engage in any discovery at the present time. If the pending motion to dismiss is granted, no discovery will be required. Plaintiffs will not be unfairly prejudiced by a stay of discovery.

## III. CONCLUSION

The relief sought in this motion will prevent unnecessary expense and burden, and will undoubtedly further the judicial interest of judicial economy and efficiency. Accordingly, Defendants, Teresa Howell and Mike Cash, jointly and respectfully request that all deadlines be stayed until the parties receive notice of the Court's ruling on the pending motions to dismiss.

Jointly and respectfully submitted,

Vincent P. France, Ark Bar. No. 2010063
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
PH: (501) 682-1314
Fax: (501) 682-2591
Email: Vincent.france@arkansasag.gov

By: Vincent P. France
Vincent P. France
*Attorney for Defendant Howell*


George Hopkins, Ark. Bar No. 87085
Attorney for Hot Spring County, Arkansas
Post Office Box 913
Malvern, Arkansas 72104
Telephone: (501) 318-5998

georgeh@swatco.com

and

Joseph W. Price, II, Ark. Bar No. 2007168
S. Katie Calvert, Ark. Bar No. 2019117
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jprice@qgtlaw.com
kcalvert@qgtlaw.com

By: Joseph W. Price II
Joseph W. Price II
*Attorneys for Defendant Sheriff Mike Cash*

## Certificate of Service

      I, Vincent P. France, hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                              /s/ Vincent P. France
                                              Vincent P. France